**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-1137**

———————

In re: KARSTEN OBED ALLEN,

　　　　Petitioner.

———————

On Petition for Writ of Mandamus to the United States District Court for the Western District of Virginia, at Roanoke.  (7:22-cv-00408-JHY-CKM)

———————

Submitted:  March 27, 2025                    Decided:  April 1, 2025

———————

Before THACKER and BERNER, Circuit Judges, and KEENAN, Senior Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Karsten Obed Allen, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In this petition for a writ of mandamus, Karsten Obed Allen alleges that the district court has unduly delayed acting on his motion for a court order related to legal materials, which Allen filed in the underlying 42 U.S.C. § 1983 civil rights action. *See Allen v. Shelton*, No. 7:22-cv-00408-JHY-CKM (W.D. Va., PACER No. 128). He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the magistrate judge denied this motion by order entered on February 7, 2025. *See Allen*, PACER No. 140. Because the district court has recently denied the motion underlying this petition, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2